# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HECKATHORN,<br><br>        Plaintiff,<br><br>   v.<br><br>KIM HOLLAND,<br><br>        Defendant. | Case No.: 1:17-cv-01416-AWI- JLT<br><br>ORDER APPROVING THE STIPULATION FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND CONTINUING THE SCHEDULING CONFERENCE<br><br>(Doc. 7) |

Joshua Heckathorn and Defendant Kim Holland have stipulated to permit Plaintiff to file an amended complaint in this action. (Doc. 9) Based upon the stipulation of the parties, and good cause appearing, the Court **ORDERS**:

1. Plaintiff may file a First Amended Complaint no later than **January 12, 2018**;
2. In the event that Plaintiff files an amended complaint on or before January 12, 2018, Defendant shall file a responsive pleading no later than **February 9, 2018**.
3. The Scheduling Conference is **CONTINUED** to March 15, 2018 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **December 8, 2017**       **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE