IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA HECKATHORN,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**KIM HOLLAND,**<br><br>　　　　　　　　　　　Defendants. | Case No. 1:17-cv-1416 AWI-JLT<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION AND *EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>**(Doc. 13)** |

　　　Pursuant to stipulation of the parties, and for good cause shown, the Scheduling Conference currently scheduled for March 15, 2015 is continued to April 12, 2018 at 8:45 a.m.

IT IS SO ORDERED.

　　Dated: __**March 6, 2018**__　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1