1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11    **JOSHUA HECKATHORN,**              Case No. 1:17-cv-1416 AWI-JLT

12              Plaintiff,                **[~~PROPOSED~~] ORDER GRANTING
                                          STIPUATION TO CONTINUE THE**
13         **v.**                         **SCHEDULING CONFERENCE**

14    **KIM HOLLAND,**                    **(Doc. 27)**

15              Defendants.

16

17         The parties have stipulated to allow the plaintiff to file a first amended complaint by April

18    13, 2018, which addresses "the naming of Defendants in their official capacities and the Eleventh

19    Immunity defense."  Thus, they request the Court continue the scheduling conference to allow

20    time for the pleadings to settle.  Thus, the Court **ORDERS**:

21         1.     **No later than April 13, 2018**, the plaintiff may file his first amended complaint

22    that addresses "the naming of Defendants in their official capacities and the Eleventh Immunity

23    defense;"

24         2.     The scheduling conference is **CONTINUED** to **May 7, 2018** at 8:45 a.m.

25

26    IT IS SO ORDERED.

27         Dated:   __April 6, 2018__              _____ **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE
28