IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA HECKATHORN,**<br><br>    Plaintiff,<br><br>    v.<br><br>**KIM HOLLAND, et al.,**<br><br>    Defendants. | Case No. 1:17-cv-1416 AWI-JLT<br><br>**ORDER GRANTING STIPUATION TO CONTINUE THE SCHEDULING CONFERENCE**<br><br>**(Doc. 39)** |

The parties have stipulated to continue the scheduling conference in light of the fact that most of the defendants will substitute in new counsel. (Doc. 39) Thus, the Court **ORDERS**:

1. **No later than May 11, 2018**, the defendants SHALL file their substitutions of counsel, if that is their desire;

2. The scheduling conference is **CONTINUED** to **May 21, 2018** at 8:45 a.m.

IT IS SO ORDERED.

   Dated:   **April 27, 2018**               /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE