# RLS RAINS LUCIA STERN ST. PHALLE & SILVER, PC

Harry S. Stern
Attorney at Law
HStern@RLSlaywers.com

May 29, 2018

**VIA CM/ECF FILING**

Magistrate Judge Jennifer L. Thurston
U.S. District Court, Eastern District of California
Bakersfield Federal Court House
510 19th Street, Suite 200
Bakersfield, CA 93301

      **Re:**   **Heckathorn v. Holland**
             **Case #: 1:17-cv-01416-AWI-JLT**

Your Honor:

    In light of the State of California's decision to withdraw from the representation of Defendants Brian Morse, Pedro Perez, Jason Foster and Robert Ruiz, our office has been retained to act as their counsel. My understanding is that there is an initial Scheduling Conference on June 4th in Bakersfield. We are in the process of preparing and circulating a substitution of attorneys. I intend to appear for the Scheduling Conference.

                                        Respectfully submitted,

                                        **RAINS LUCIA STERN**
                                        **ST. PHALLE & SILVER, PC**

                                        Harry S. Stern

HSS:amk
Cc: clients (via email)

220 Montgomery Street | 15th Floor | San Francisco, CA 94104 | T 415.341.9341 | F 925.609.1690
FRESNO | ONTARIO | PLEASANT HILL | SACRAMENTO | SAN FRANCISCO | SANTA MONICA | SANTA ROSA
www.RLSlawyers.com