# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HECKATHORN, | ) Case No.: 1:17-cv-01416 AWI JLT |
| Plaintiff, | ) ORDER GRANTING STIPULATION TO TAKE PLAINTIFF'S DEPOSITION IN PRISON |
| v. | ) (Doc. 64) |
| KIM HOLLAND, | ) |
| Defendant. | ) |

Based upon the stipulation of the parties and good cause appearing, the Court **GRANTS** the stipulation permitting the deposition of the plaintiff to occur while he remains incarcerated, subject to the rules, regulations and convenience of the prison facility.

IT IS SO ORDERED.

Dated: __**July 2, 2018**__           __**/s/ Jennifer L. Thurston**__
                                                     UNITED STATES MAGISTRATE JUDGE